THOMAS REILLY, Respondent, *v.* ATLAS IRON CONSTRUCTION COMPANY, Appellant.

Reported below, 3 App. Div. 363.
(Argued January 18, 1897; decided January 26, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 7, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the verdict was supported by the evidence, and that no questions of law are raised by defendant's exceptions.

*Charles J. Patterson* for motion.

*Herbert C. Smyth* opposed.

Motion denied, with ten dollars costs.

---

EDWARD H. MOUBRAY, Appellant, *v.* WILLIAM J. MOUBRAY, Respondent.

Reported below, 3 App. Div. 227.
(Argued January 18, 1897; decided January 26, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, rendered in April, 1896, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and cannot be reviewed, except upon the exceptions to the reception and exclusion of evidence, which are frivolous.

*Josiah T. Marean* for motion.

*Wells, Waldo & Snedeker* opposed.

Motion denied, with ten dollars costs.